AARON J. MOSS (SBN 190625)
amoss@ggfirm.com
CAROLINE H. BURGOS (SBN 190967)
cburgos@ggfirm.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
HEALTH COMMUNICATIONS, INC.

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACK CANFIELD, an individual; MARK VICTOR HANSEN, an individual; HANSEN & HANSEN LLC, a California limited liability company; CHICKEN SOUP FOR THE SOUL ENTERPRISES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH COMMUNICATIONS, INC., a Florida corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-00890 SVW (JTLx)<br><br>Assigned To: Hon. Stephen V. Wilson, Ctrm. 6; and Hon. Jennifer T. Lum, Discovery Matters<br><br>[PROPOSED] PROTECTIVE ORDER RE: DESIGNATION AND USE OF CONFIDENTIAL DOCUMENTS AND INFORMATION<br><br>Trial Date: September 2, 2008<br>Action Filing Date: February 8, 2008 |

35312-00002/1649560.1

[PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL MATERIAL

WHEREAS plaintiffs Jack Canfield, Mark Victor Hansen, Hansen & Hansen LLC, and Chicken Soup for the Soul Enterprises, Inc., third party Chicken Soup for the Soul Publishing LLC ("CSSP"), and defendant Health Communications, Inc. (collectively, the "Parties") have agreed to the entry of a Protective Order as set forth in the Parties' Stipulation for Proposed Protective Order Re Designation And Use Of Confidential Documents And Information, filed on July 28, 2008 ("Stipulation"); and

WHEREAS the Court finds good cause to issue a Protective Order for the designation and use of confidential material in this matter,

IT IS HEREBY ORDERED THAT a Protective Order be issued in accordance with the terms and conditions of the Parties' Stipulation.

*See change on page 2 of Stipulation.*

DATED: August 13, 2008

_____
The Honorable Jennifer T. Lum
United States Magistrate Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

35312-00002/1649560.1

1

[PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL MATERIAL